GERTRUDE NEWMAN, PLAINTIFF-RESPONDENT, v. WILLIAM W. NEWMAN, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued June 12, 1950—Decided June 21, 1950.

Before Judges McGEEHAN, COLIE and EASTWOOD.

*Mr. Ward Kremer* argued the cause for appellant.

*Mr. Edward W. Currie* argued the cause for respondent.

PER CURIAM. This is the defendant's appeal from a judgment holding that certain cash, bank accounts and government bonds were jointly owned by plaintiff and defendant and awarding a one-half interest in such jointly-owned property to plaintiff. The case is a factual one and our examination of the record convinces us that the court below correctly found the facts and applied the applicable law as stated in *Goc v. Goc,* 134 *N. J. Eq.* 61 (*E. & A.* 1943) and *Rush v. Rush,* 138 *N. J. Eq.* 611 (*E. & A.* 1946).

Judgment affirmed.